[No. 17582.   Department Two.   October 19, 1922.]

THE STATE OF WASHINGTON, *on the Relation of Malcolm Douglas, as Prosecuting Attorney of King County, Plaintiff,* v. THE SUPERIOR COURT FOR KING COUNTY, *Austin E. Griffiths, Judge, Respondent.*[1]

Application filed in the supreme court September 25, 1922, for a writ of mandate to compel the superior court for King county, Griffiths, J., to grant a change of judges.   Granted.

*Malcolm Douglas* and *Bert C. Ross*, for relator.
*C. W. Strother*, for respondent.

PER CURIAM.—This case involves the same question presented in *State ex rel. Douglas v. Superior Court, ante* p. 611, 209 Pac. 1097, and upon authority of that case, a similar writ will issue.

[1]Reported in 209 Pac. 1099.